UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
MARY MILLER

                                        ORDER OF DISMISSAL
    -V-                          FOR LACK OF ACTIVITY,
                                     ADOPTING REPORT & RECOMMENDATION

                                      CV 09-2499 (JS)(WDW)

EQUIFAX CREDIT INFORMATION SERVICES,
    ET AL.
------------------------------------X

APPEARANCES:
For Plaintiff:
Mary Miller, *Pro Se*
207 W. Broadway
Inwood NY 11096

For Defendants:
Jessica Devine, Esq.
Richard Marooney, Jr., Esq.
King & Spalding
1185 Av. of the Americas
New York NY 10036

George Spencer, Esq.
Jones Day
222 E. 41 St.
New York NY 10017

Bruce Luckman, Esq.
Timothy Creech, Esq.
Kogan Trichon & Wertheimer
1818 Market St.    30 Fl.
Philadelphia PA 19103

Zachary Murdock, Esq.
Lazer Aptheker Rosella & Yedid
225 Old Country Rd.
Melville NY 11747

Dennis Rothman, Esq.
Lester Schwab Katz & Dwyer
120 Broadway
New York NY 10271

Howard Fried, Esq.
Segal McCambridge Singer & Mahoney
850 3 Av.    #1100
New York NY 10022

Thomas Leghorn, Esq.
Wilson Elser Moskowitz Edelman & Dicker
3 Gannet Dr.
White Plains  NY 10604


SEYBERT, DISTRICT JUDGE:

    The above-captioned case was filed on Jul. 7, 2009.

    In his Order dated Aug. 12, 2010 (docket entry [51]), Magistrate Judge William D. Wall detailed the plaintiff's failures to prosecute her case and to comply with court orders. Judge Wall gave the plaintiff one final opportunity and directed her to appear at a conference on Sep. 16, 2010, or else he would recommend dismissal. As the plaintiff did not do so, a Report & Recommendation was issued on Sep. 17, 2010 (docket entry [55]). There was no objection to the Report & Recommendation, so it is ADOPTED in its entirety.

    IT IS HEREBY ORDERED that this case be dismissed with prejudice for lack of prosecution, pursuant to Rules 41(b) and 37, Federal Rules of Civil Procedure. The Clerk of Court is directed to mark the case closed.

    SO ORDERED.

/s/ JOANNA SEYBERT
    JOANNA SEYBERT
    U.S. DISTRICT JUDGE

Dated: Central Islip, New York
    Oct. 22, 2010